No. 92–6543.  CHANEY *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 92–6545.  ARNETTE *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES.  C. A. 4th Cir.  Certiorari denied.

No. 92–6547.  DEROCK *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–6548.  KETCHUM *v.* GRIFFITH ET AL.  C. A. 10th Cir. Certiorari denied.

No. 92–6549.  GLASS *v.* DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY.  C. A. 7th Cir.  Certiorari denied.

No. 92–6550.  ANGARITA-GARZON *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–6552.  ORTIZ *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 92–6555.  ALEXANDER *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.  Sup. Ct. Tex. Certiorari denied.

No. 92–6556.  VU *v.* RUNYON, POSTMASTER GENERAL.  C. A. 10th Cir.  Certiorari denied.

No. 92–6557.  ESTES *v.* MCCOTTER ET AL.  C. A. 10th Cir. Certiorari denied.

No. 92–6560.  GONZALES MENDOZA *v.* BLODGETT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–6561.  THOMAS *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 92–6562.  CHINN *v.* OHIO.  Ct. App. Ohio, Montgomery County.  Certiorari denied.

No. 92–6563.  CLAIR *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.